No. 197. Ed C. Curdts, Vardry McBee, Robert Wilson, et al. *v.* South Carolina Tax Commission. Error to the Supreme Court of the State of South Carolina. Argued March 7, 8, 1927. Decided Mar. 14, 1927. *Per Curiam.* Judgment affirmed on the authority of *Bell's Gap R. R. Co. v. Pennsylvania,* 134 U. S. 232, 237; *Heisler v. Thomas Colliery Co.,* 260 U. S. 245, 254, *et seq.; Missouri v. Lewis,* 101 U. S. 22, 31; *Hayes v. Missouri,* 120 U. S. 68, 72; *Chappell Chemical Co. v. Sulphur Mines Co.,* 172 U. S. 474. *Mr. P. A. Bonham,* with whom *Mr. H. O'B. Cooper* was on the brief, for plaintiff in error. *Mr. Cordie Page,* with whom *Mr. John M. Daniel* was on the brief, for defendant in error.

---

No. —, original. Ex parte in the matter of Louisiana Western Railroad Company. March 21, 1927. The motion for leave to file petition for a writ of mandamus and the motion for a temporary stay in this case are denied. *Messrs. Percy Saint, Michael M. Irwin, Francis Williams,* and *John E. Benton* for petitioner.

---

No. —, original. Ex parte in the matter of Morgan's Louisiana and Texas Railroad and Steamship Company. March 21, 1927. The motion for leave to file petition for a writ of mandamus and the motion for a temporary stay in this case are denied. *Messrs. Percy Saint, Michael M. Irwin, Francis Williams,* and *John E. Benton* for petitioner.